No. 72–624. UNITED STATES *v.* PENNSYLVANIA INDUS-TRIAL CHEMICAL CORP. C. A. 3d Cir. [Certiorari granted, 409 U. S. 1074]. Motions of Jones & Laughlin Steel Corp. and Chamber of Commerce of the United States for leave to participate in oral argument as *amici curiae* denied.

No. 72–658. CITY OF KENOSHA ET AL. *v.* BRUNO ET AL. Appeal from D. C. E. D. Wis. [Probable jurisdiction noted, 409 U. S. 1105.] Motion to dispense with filing a brief on the merits on behalf of appellees Richard Misurelli and David Robers granted.

No. 72–694. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. *v.* NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 410 U. S. 907.] Motion of National Education Assn. et al. for leave to file an untimely brief as *amici curiae* granted.

No. 72–822. RENEGOTIATION BOARD *v.* BANNERCRAFT CLOTHING CO., INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 410 U. S. 907.] Motion of Sears, Roebuck & Co. for leave to file a brief as *amicus curiae* granted, and motion for leave to postpone oral argument denied. MR. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 72–950. REED *v.* REED, 410 U. S. 931. Motion of respondent for reasonable damages under Rule 56 (4) of the Rules of this Court denied.

No. 72–1061. WINDWARD SHIPPING (LONDON) LTD. ET AL. *v.* AMERICAN RADIO ASSN., AFL–CIO, ET AL. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. The Solicitor General is invited to file a brief expressing the views of the United States.